1 **MICHAEL KOCH #131892**
**LOCKHART, BRITTON & KOCH**
2 **7777 Alvarado Rd, Suite 622**
**La Mesa, CA 91942**
3 **(619) 698-6800**
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: | CASE NO. **15-O7898-LT13** |
| **ROBERT F. MOOSBRUGGER** | |
| **ESTHER A. MOOSBRUGGER** | RS ACTION NO. **DWE-1** |
| Debtor(s). | **DECLARATION OF DEBTOR IN OPPOSITION TO MOTION FOR RELIEF FROM STAY** |
| **CIT BANK, N.A.** | |
| | DATE: **JULY 6, 2017** |
| Movant. | TIME: **10:00 A.M.** |
| | DEPT: **THREE** |
| **ROBERT F. MOOSBRUGGER** | |
| **ESTHER A. MOOSBRUGGER;** and | |
| **CHAPTER 13 TRUSTEE** | |
| Respondents. | |

I, ROBERT F. MOOSBRUGGER, declares as follows:

1. That I am a debtor in the above-referenced case.

2. That I am an owner of that certain real property located at 6903 Maury Drive, San Diego, California.

3. That, as indicated in my Chapter 13 schedules, I believe the fair market value of the real property is $539,000.00.

4. That we fell behind with our regular mortgage payments for the following reasons:

1

a. I recently relocated to Ohio for an employment opportunity. In the process of moving and establishing a new home in Ohio we incurred extraordinary expenses and fell behind with the mortgage payments. Our records indicate one payment missed in Jun 2016.

b. In September 2016 our mortgage payment was reset resulting in an increase to $2,939.72, which we did not realize had occurred because we don't receive statements. We continued to send the lower payment of $2,750.00 for several months until May 2017 when we became aware of the increase. Commencing in May 2017 we began paying $2,939.72 and will continue to do so.

c. We do acknowledge a missed payment in June 2016 and several payments in the lesser amount for several months. However, our May 2017 payment in the full amount is not reflected in the accounting provided in the motion, although it has been received and processed by Movant.

5. That I oppose the Motion for Relief From Stay on the grounds that there is equity in the subject property and that continuation of the automatic stay herein will not result in any irreparable harm, injury or damage to the moving party, nor will moving party's lien against Debtors' property be impaired.

6. That as additional adequate protection, I will agree to a six-month Adequate Protection Order and will cure my arrearage as follows:

a. Make a payment in the amount of $2,939.72 in June 2017 (represents one regular payment) on or before the hearing on this matter.

2

  b. Make monthly payments commencing in July 2017 that will include my regular payment plus an additional amount to be determined after May 2017 payment has been confirmed by Movant. That the allowance of this payment schedule, if allowed by the Court, will cure my arrearage within six months. Thereafter, the additional monthly payment will terminate and I will resume making my regular monthly payment.

  7. That I am aware that for the preparation of this response and his representation at the hearing on this matter my attorney is requesting additional attorney's fees in the amount of $625.00, or any additional amount allowed by the Court, and that, should my plan be allowed to continue, said amount will be paid by the Trustee through the administration of the plan. I have no objection to the request for said additional fees.

  8. I request that the Automatic Stay remain in effect, that the Court deny the Motion for Relief From Stay, for reasonable attorney's fees, and for such other and further relief as is just and proper.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on ____June 15, 2017_____,at Bowing Green, Ohio.

         /s/ **ROBERT F. MOOSBRUGGER**
         Debtor

3